**HONORABLE RICHARD A. JONES**

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

Kylee Andersen, et al.;\

        Plaintiffs,

      vs.

Lewis McChord Communities LLC, a Delaware
limited liability company; Lincoln Military
Housing Lewis McChord PM LLC, a Delaware
limited liability company;

        Defendants.

No. 3:21-CV-5391-RAJ

NOTICE OF WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE that Molly E. Humphreys is no longer with Gomez Trial Attorneys, as such her appearance in the above-captioned action as Pro Hac Vice counsel of record for all plaintiffs is hereby withdrawn.  Sonny Nguyen and Cynthia Park, of Park Chenaur & Associates, Inc. P.S. and John Gomez, Jessica Sizemore, Kayla Lynk and Paul Starita of Gomez Trial Attorneys remain counsel of record for Plaintiffs. Please direct all further pleadings, papers, future notices, and orders filed or served in the action on Mr. Nguyen or Ms. Park at the following addresses:

Son T. Nguyen, WSBA #53084
Cynthia Sue-Jin Park, WSBA #58012
Park Chenaur & Associates, Inc. P.S.
2505 S. 320th Street, Suite 100
Federal Way, WA 98003

NOTICE OF WITHDRAWAL OF COUNSEL - 1

**GOMEZ TRIAL ATTORNEYS**
**655 W Broadway Suite 1700**
**San Diego, CA 92101**
**(619) 237-3490**

Phones: (253) 200-4519 | (253) 200-4508
Email: sonny@parkchenaur.com cynthia@parkchenaur.com

John H. Gomez (SBN 171485)
Jessica T. Sizemore (SBN 280000)
Kayla Lynk (SBN 317599)
Paul Starita (SBN 219573)
GOMEZ TRIAL ATTORNEYS
655 W Broadway, Suite 1700
San Diego, CA 92101
Telephone: (619) 237-3490/Facsimile: (619) 237-3496

Dated: October 5, 2021

_/s/ Paul Starita_____
PAUL STARITA, CSBA #219573
Gomez Trial Attorneys
Attorney for Plaintiffs

NOTICE OF WITHDRAWAL OF COUNSEL - 2