**HONORABLE DAVID G. ESTUDILLO**

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| Kylee Andersen, et al.;<br><br>        Plaintiffs,<br><br>  vs.<br><br>Lewis McChord Communities LLC, a Delaware limited liability company; Lincoln Military Housing Lewis McChord PM LLC, a Delaware limited liability company;<br><br>        Defendants. | No. 3:21-CV-5391-DGE<br><br>NOTICE OF WITHDRAWAL OF COUNSEL |

PLEASE TAKE NOTICE that Gomez Trial Attorneys, to include all its counsel of record (John H. Gomez, Ed Diab, Jessica Tora Sizemore, Kayla Nicole Lynk, and Paul Starita) hereby withdraw from this matter as counsel for all plaintiffs. Sonny Nguyen and Cynthia Park, of Park Chenaur & Associates, Inc. P.S., and Matthew T. Poelstra of Green, Bryant, & French LLP, remain counsel of record for Plaintiffs. Please direct all further pleadings, papers, future notices, and orders filed or served in the action on Mr. Nguyen, Ms. Park, or Mr. Poelstra at the following addresses:

Son T. Nguyen, WSBA #53084
Cynthia Sue-Jin Park, WSBA #58012
Park Chenaur & Associates, Inc. P.S.
2505 S. 320th Street, Suite 100
Federal Way, WA 98003

NOTICE OF WITHDRAWAL OF COUNSEL - 1

**GOMEZ TRIAL ATTORNEYS**
655 W Broadway Suite 1700
San Diego, CA 92101
(619) 237-3490

Phones: (253) 200-4519 | (253) 200-4508
Email: sonny@parkchenaur.com cynthia@parkchenaur.com

Matthew T. Poelstra
Green, Bryant, & French LLP
402 W. Broadway, Ste 1950
San Diego, CA 92101
Phone: 760-346-9310
Fax: 760-346-9031
Email: mpoelstra@gbflawyers.com

Dated: October 25, 2021

   /s/ Paul Starita
PAUL STARITA, CSBA #219573
Gomez Trial Attorneys
Attorney for Plaintiffs