UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| KYLEE ANDERSEN, et al.,<br><br>                    Plaintiff,<br>      v.<br><br>LEWIS MCCHORD COMMUNITIES LLC, a Delaware limited liability company; LINCOLN MILITARY HOUSING LEWIS MCCHORD PM LLC, a Delaware limited liability company,<br><br>                    Defendant. | CASE NO. 3:21-cv-05391-DGE<br><br>ORDER GRANTING MOTION TO DISMISS PARTIES (DKT. NO. 68) |

      Based on the parties' stipulation (Dkt. No. 68), it is hereby ORDERED that all claims and causes of action by Plaintiffs Bryce Baskin, Faith Baskin, Julio Osorio, and Rebekah Osorio against the defendants are dismissed with prejudice as a matter of law, with each side bearing its own costs and attorneys' fees.

      Dated this 1st day of March, 2023.

1
2
3       David G. Estudillo
        United States District Judge
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

ORDER GRANTING MOTION TO DISMISS PARTIES (DKT. NO. 68) - 2