# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| KYLEE ANDERSEN, et al., <br><br> Plaintiff, <br> v. <br><br> LEWIS MCCHORD COMMUNITIES LLC, a Delaware limited liability company; LINCOLN MILITARY HOUSING LEWIS MCCHORD PM LLC, a Delaware limited liability company, <br><br> Defendants. | CASE NO. 3:21-cv-05391-DGE <br><br> ORDER GRANTING MOTION TO EXTEND DEADLINE FOR SETTLEMENT GUARDIAN AD LITEM REPORT (DKT. NO. 70) |

The Parties have jointly moved this Court (Dkt. No. 70) for an order extending the deadline for the settlement guardian ad litem to file his report with the Court as required by this Court's Order of February 7, 2023. (Dkt. No. 67.) The Court finds good cause to extend that deadline.

Now, therefore it is ORDERED that Settlement Guardian Ad Litem Geoffrey Swindler shall file a report with the Court by April 7, 2023.

Dated this 9th day of March, 2023.

ORDER GRANTING MOTION TO EXTEND DEADLINE FOR SETTLEMENT GUARDIAN AD LITEM REPORT (DKT. NO. 70) - 1

1
2
3   David G. Estudillo
    United States District Judge
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

ORDER GRANTING MOTION TO EXTEND DEADLINE FOR SETTLEMENT GUARDIAN AD LITEM REPORT (DKT. NO. 70) - 2