The Honorable Jamal N Whitehead

In The United States District Court
For The Western District Of Washington

Kylee Andersen, *et al.*,

    *Plaintiffs*,

  v.

Lewis McChord Communities LLC, a Delaware limited liability company; Lincoln Military Housing Lewis McChord PM LLC, a Delaware limited liability company

    *Defendants*.

No. 3:21-cv-05391-JNW

Order to Further Extend Deadline for Settlement Guardian ad Litem Report

    The Parties have jointly moved this Court for an order further extending the deadline for the settlement guardian ad litem to file his report with the Court as required by this Court's Order of February 7, 2023. The Court finds good cause to further extend that deadline.

    This motion is hereby GRANTED.

    Now, therefore it is ORDERED that SGAL Geoffrey Swindler shall file the reports with the Court by May 31, 2023.

Signed this 20th day of April 2023.

_____
The Honorable Jamal N. Whitehead
United States District Judge

ttt

Order Further Extending SGAL Deadline
*Andersen et al.*   v. *Lewis McChord Communities et al.*   , No. 3:21-cv-05391-JNW

Ard Law Group PLLC
P.O. Box 11633
Bainbridge Island, WA 98110
Phone: (206) 701-9243

t t t

Presented this April 4, 2023 by:


Ard Law Group PLLC


By: _____

Joel B. Ard, WSBA # 40104
P.O. Box 11633
Bainbridge Island, WA 98110
206.701.9243
Joel@Ard.law
Attorneys For Plaintiffs

And by

Beveridge And Diamond, P.C.


*/s/ Tracy Y. Williams*
Tracy Y. Williams, WSBA #35239
600 University St., Ste. 1601
Seattle, WA 98101
T:  206-315-4810
E:  twilliams@bdlaw.com
Attorneys for Defendants


Susan E. Smith, WSBA #55808
456 Montgomery St. Ste. 1800
San Francisco, CA 94104-1271
T:  415-262-4023
E:  ssmith@bdlaw.com
Attorneys for Defendants

Order   Further   Extending   SGAL   Deadline

*Andersen et al.    v. Lewis  McChord Communities et al.*    , No.  3:21-cv-05391-JNW

Ard Law Group PLLC
P.O. Box 11633
Bainbridge Island, WA 98110
Phone: (206) 701-9243