UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| KYLEE ANDERSEN, MICHAEL ANDERSEN, guardian ad litem minor O.A., JESSICA ASBRIDGE, KEVIN ASBRIDGE, guardian ad litem minor K.A. and minor L.A., CRYSTAL COOPER, guardian ad litem minor T.C., AMBER FLETCHER, guardian ad litem minor N.F., minor O.F., and minor A.F., EDWARD GODOY, guardian ad litem minor Z.G. and minor R.G., MELISSA GODOY, KATIE KEELEY, MICHAEL KEELEY, guardian ad litem minor D.K. and minor A.K., GEOFFREY LUNDWALL, guardian ad litem minor X.L., SHANA LUNDWALL, COLBY ORR, guardian ad litem minor C.O., DANIELLE ORR, FRANCES PAULINO, guardian ad litem minor A.P. and minor M.P., CHANTINA POWERS, PIERRE POWERS, guardian ad litem minor A.P., minor T.P., and minor C.P., CHELSEA JOHNSON, guardian ad litem minor A.J. and minor R.J., VANESSA STROTHER, guardian ad litem minor K.S., KELSEY WHITE, guardian ad litem minor S.W. and minor T.W., ALEXANDRA PITTS, guardian ad litem minor A.P., DUREIU PITTS,<br><br>                Plaintiffs,<br><br>   v.<br><br>LEWIS MCCHORD COMMUNITIES LLC, a Delaware limited liability company, and LINCOLN MILITARY HOUSING LEWIS | CASE NO. 3:21-cv-5391<br><br>MINUTE ORDER |

MINUTE ORDER - 1

| | |
|---|---|
| MCCHORD PM LLC, a Delaware limited liability company, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable Jamal N. Whitehead, United States District Judge:

This matter comes before the Court on Plaintiffs unopposed motion for settlement approval. Dkt. No. 81. Plaintiffs have included significant personal identifying information including the full names of minor individuals and their dates of birth. Plaintiffs' motion fails to comply with Local Civil Rule 5 and 5.2. Given these violations, the Court has sealed the exhibits to Plaintiffs' unopposed motion for settlement approval. The Court will not rule on this motion. The Court directs Plaintiffs to refile their motion omitting or redacting personal identifying information in accordance with the Local Civil Rules.

Dated this 25th day of May 2023.

Ravi Subramanian
Clerk

/s/ Serge Bodnarchuk
Deputy Clerk

MINUTE ORDER - 2