|   |   |
|---|---|
| 1 |   |
| 2 |   |
| 3 |   |
| 4 |   |
| 5 |   |
| 6 | UNITED STATES DISTRICT COURT |
|   | WESTERN DISTRICT OF WASHINGTON |
| 7 | AT TACOMA |

| | |
|---|---|
| KYLEE ANDERSEN, MICHAEL ANDERSEN, O.A., a minor, by and through guardian ad litem Michael Andersen, JESSICA ASBRIDGE, KEVIN ASBRIDGE, K.A., a minor, by and through guardian ad litem Kevin Asbridge, L.A., a minor, by and through guardian ad litem Kevin Asbridge, BRYCE BASKIN, FAITH BASKIN, CRYSTAL COOPER, T.C., a minor, by and through guardian ad litem Crystal Cooper, AMBER FLETCHER, N.F., a minor, by and through guardian ad litem Amber Fletcher, A.F., a minor, by and through guardian ad litem Amber Fletcher, EDWARD GODOY, MELISSA GODOY, Z.G., a minor, by and through guardian ad litem Edward Godoy, R.G., a minor, by and through guardian ad litem Edward Godoy, KATIE KEELEY, MICHAEL KEELEY, D.K., a minor, by and through guardian ad litem Michael Keeley, A.K., a minor, by and through guardian ad litem Michael Keeley, GEOFFREY LUNDWALL, SHANA LUNDWALL, X.L., a minor, by and through guardian ad litem Geoffrey Lundwall, X.L., a minor, by and through guardian ad litem Geoffrey Lundwall, COLBY ORR, DANIELLE ORR, C.O., a minor, by and through guardian ad litem Colby Orr, JULIO OSORIO, REBEKAH OSORIO, FRANCES PAULINO, A.P., a minor, by and through guardian ad litem Frances Paulino, M.P., a minor, by and through guardian ad litem Frances Paulino, | CASE NO. 3:21-cv-5391<br><br>ORDER ON JOINT STIPULATED MOTION FOR DISMISSAL |

| | |
|---|---|
| 1 | ALEXANDRA PITTS, DURIEU PITTS, A.P., a minor, by and through guardian ad litem, Alexandra Pitts, CHANTINA POWERS, PIERRE POWERS, A.P., a minor, by and through guardian ad litem Pierre Powers, T.P., a minor, by and through his guardian ad litem Pierre Powers, T.P., a minor, by and through guardian ad litem Pierre Powers, A.P., a minor, by and through guardian ad litem Pierre Powers, C.P., a minor, by and through Pierre Powers, CHELSEA JOHNSON, A.J., a minor, by and through guardian ad litem Chelsea Johnson, R.J., a minor, by and through guardian ad litem Chelsea Johnson, VANESSA STROTHER, K.S., a minor, by and through guardian ad litem Vanessa Strother, K.S., a minor, by and through guardian ad litem Vanessa Strother, KELSEY WHITE, S.W., a minor, by and through guardian ad litem Kelsey White, T.W., a minor, by and through guardian ad litem Kelsey White,<br><br>                    Plaintiffs,<br><br>    v.<br><br>LEWIS MCCHORD COMMUNITIES LLC, a Delaware limited liability company, and LINCOLN MILITARY HOUSING LEWIS MCCHORD PM LLC, a Delaware limited liability company,<br><br>                    Defendants. |

This matter comes before the Court on the parties' stipulated motion of dismissal. Dkt. 89. The Court previously approved a settlement for the minor children involved in this case, ordering Plaintiffs to obtain and file Receipts of Deposit with the Court showing that the net settlement proceeds to each minor child had been deposited as required by the Court's order

ORDER ON JOINT STIPULATED MOTION FOR DISMISSAL - 2

before the minor Plaintiffs' claims could be dismissed. Dkt. No. 85. The Court has reviewed the docket and finds that Plaintiffs have filed the required Receipts of Deposit. Dkt. Nos. 87–88.

Through the stipulation, the parties also seek dismissal of the adult Plaintiffs' claims, except Plaintiffs Edward and Melissa Godoy. As to the Godoys, the motion states that they "have discharged all their attorneys," and that no attorney is authorized to seek dismissal on their behalf. But their attorney, Andrew Kim, has not moved to withdraw from the legal representation under LCR 83.2(b), and he remains listed as the Godoy's counsel of record. *See* Dkt. No. 60. The stipulation is silent as to whether Kim plans to withdraw, and Kim did not sign the stipulated dismissal on his clients' behalf. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii) (dismissal by stipulation is effective only if signed by "all parties who have appeared.").

Accordingly, the Court ORDERS as follows:

- All claims and causes of action by Plaintiffs Kylee Andersen, Michael Andersen, Jessica Asbridge, Kevin Asbridge, Crystal Cooper, Amber Fletcher, Chelsea Johnson, Katie Keeley, Michael Keeley, Geoffrey Lundwall, Shana Lundwall, Colby Orr, Danielle Orr, Frances Paulino, Alexandra Pitts, Chantina Powers, Pierre Powers, Vanessa Strother, and Kelsey White, on their own behalf and on behalf of each of their minor children, as well as R.G. and Z.G., are hereby dismissed with prejudice, with each side bearing its own costs and attorneys' fees.

- Counsel for Plaintiffs Edward and Melissa Godoy must comply with LCR 83.2, or file a status report explaining why they are unable to comply with the Local Rules, within 14 days of this order's issuance.

Dated this 5th day of September 2023.

                                                                                                                              _____
                                                                                                                              Jamal N. Whitehead
                                                                                                                              United States District Judge