1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

KYLEE ANDERSEN, MICHAEL
ANDERSEN, O.A., a minor, by and
through guardian ad litem Michael
Andersen, JESSICA ASBRIDGE,
KEVIN ASBRIDGE, K.A., a minor, by
and through guardian ad litem Kevin
Asbridge, L.A., a minor, by and through
guardian ad litem Kevin Asbridge,
BRYCE BASKIN, FAITH BASKIN,
CRYSTAL COOPER, T.C., a minor, by
and through guardian ad litem Crystal
Cooper, AMBER FLETCHER, N.F., a
minor, by and through guardian ad
litem Amber Fletcher, A.F., a minor, by
and through guardian ad litem Amber
Fletcher, EDWARD GODOY, MELISSA
GODOY, Z.G., a minor, by and through
guardian ad litem Edward Godoy, R.G.,
a minor, by and through guardian ad
litem Edward Godoy, KATIE KEELEY,
MICHAEL KEELEY, D.K., a minor, by
and through guardian ad litem Michael
Keeley, A.K., a minor, by and through
guardian ad litem Michael Keeley,
GEOFFREY LUNDWALL, SHANA
LUNDWALL, X.L., a minor, by and
through guardian ad litem Geoffrey
Lundwall, X.L., a minor, by and
through guardian ad litem Geoffrey
Lundwall, COLBY ORR, DANIELLE
ORR, C.O., a minor, by and through
guardian ad litem Colby Orr, JULIO

CASE NO. 3:21-cv-5391

MINUTE ORDER

OSORIO, REBEKAH OSORIO, FRANCES PAULINO, A.P., a minor, by and through guardian ad litem Frances Paulino, M.P., a minor, by and through guardian ad litem Frances Paulino, ALEXANDRA PITTS, DURIEU PITTS, A.P., a minor, by and through guardian ad litem, Alexandra Pitts, CHANTINA POWERS, PIERRE POWERS, A.P., a minor, by and through guardian ad litem Pierre Powers, T.P., a minor, by and through his guardian ad litem Pierre Powers, T.P., a minor, by and through guardian ad litem Pierre Powers, A.P., a minor, by and through guardian ad litem Pierre Powers, C.P., a minor, by and through Pierre Powers, CHELSEA JOHNSON, A.J., a minor, by and through guardian ad litem Chelsea Johnson, R.J., a minor, by and through guardian ad litem Chelsea Johnson, VANESSA STROTHER, K.S., a minor, by and through guardian ad litem Vanessa Strother, K.S., a minor, by and through guardian ad litem Vanessa Strother, KELSEY WHITE, S.W., a minor, by and through guardian ad litem Kelsey White, T.W., a minor, by and through guardian ad litem Kelsey White,

                                        Plaintiffs,

            v.

LEWIS MCCHORD COMMUNITIES LLC, a Delaware limited liability company, and LINCOLN MILITARY HOUSING LEWIS MCCHORD PM LLC, a Delaware limited liability company,

                                        Defendants.

MINUTE ORDER - 2

1
2

The following Minute Order is made by direction of the Court, the Honorable Jamal N. Whitehead, United States District Judge:

3
4
5
6
7

On November 28, 2023, Plaintiff Edward Godoy filed Statements of Account for his children, Z.G. and R.G. Dkt. No. 93 at 1, 6. The Court is satisfied with the proof provided; however, the documents include the full names of minor children. Under Local Civil Rule 5.2(a)(2), parties cannot include unredacted names of minor children. Instead, they must redact to the initials.

8
9
10
11
12

Courts may sua sponte order a document sealed where there is a compelling privacy interest that outweighs the public's interest in accessing unredacted court documents. *See, e.g.*, *Santiago v. Wilkinson*, No. 320CV05538RSLDWC, 2020 WL 7490104, at *2 (W.D. Wash. Dec. 21, 2020); *Cleveland v. Harvanek*, 607 F. App'x 770, 772 n. 2 (10th Cir. 2015).

13
14
15

Accordingly, the Court sua sponte seals Dkt. No. 93 and orders the Godoys or their counsel, Andrew Kim, to refile the Statements of Account with Z.G. and R.G.'s names redacted to initials by December 8, 2023.

16
17
18
19

The Court further orders the remaining parties to file a stipulated dismissal of Edward and Melissa Godoy's claims pursuant to Fed. R. Civ. P. 41, as it has been represented to the Court that their claims have been resolved (*see* Dkt. No. 92), or to provide the Court with a joint status report within 30 days of this order.

20
21
22
23

MINUTE ORDER - 3

1    Dated this 4th day of December 2023.

2                                                        Ravi Subramanian

3                                                        Clerk

4                                                        /s/ Kathleen Albert

                                                         Deputy Clerk
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

MINUTE ORDER - 4