UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| KYLEE ANDERSEN, MICHAEL ANDERSEN, O.A., a minor, by and through guardian ad litem Michael Andersen, JESSICA ASBRIDGE, KEVIN ASBRIDGE, K.A., a minor, by and through guardian ad litem Kevin Asbridge, L.A., a minor, by and through guardian ad litem Kevin Asbridge, BRYCE BASKIN, FAITH BASKIN, CRYSTAL COOPER, T.C., a minor, by and through guardian ad litem Crystal Cooper, AMBER FLETCHER, N.F., a minor, by and through guardian ad litem Amber Fletcher, A.F., a minor, by and through guardian ad litem Amber Fletcher, EDWARD GODOY, MELISSA GODOY, Z.G., a minor, by and through guardian ad litem Edward Godoy, R.G., a minor, by and through guardian ad litem Edward Godoy, KATIE KEELEY, MICHAEL KEELEY, D.K., a minor, by and through guardian ad litem Michael Keeley, A.K., a minor, by and through guardian ad litem Michael Keeley, GEOFFREY LUNDWALL, SHANA LUNDWALL, X.L., a minor, by and through guardian ad litem Geoffrey Lundwall, X.L., a minor, by and through guardian ad litem Geoffrey Lundwall, COLBY ORR, DANIELLE ORR, C.O., a minor, by and through guardian ad litem Colby Orr, JULIO | CASE NO. 3:21-cv-5391<br><br>ORDER OF DISMISSAL |

ORDER OF DISMISSAL - 1

| | |
|---|---|
| 1 | OSORIO, REBEKAH OSORIO, FRANCES PAULINO, A.P., a minor, by and through guardian ad litem Frances Paulino, M.P., a minor, by and through guardian ad litem Frances Paulino, ALEXANDRA PITTS, DURIEU PITTS, A.P., a minor, by and through guardian ad litem, Alexandra Pitts, CHANTINA POWERS, PIERRE POWERS, A.P., a minor, by and through guardian ad litem Pierre Powers, T.P., a minor, by and through his guardian ad litem Pierre Powers, T.P., a minor, by and through guardian ad litem Pierre Powers, A.P., a minor, by and through guardian ad litem Pierre Powers, C.P., a minor, by and through Pierre Powers, CHELSEA JOHNSON, A.J., a minor, by and through guardian ad litem Chelsea Johnson, R.J., a minor, by and through guardian ad litem Chelsea Johnson, VANESSA STROTHER, K.S., a minor, by and through guardian ad litem Vanessa Strother, K.S., a minor, by and through guardian ad litem Vanessa Strother, KELSEY WHITE, S.W., a minor, by and through guardian ad litem Kelsey White, T.W., a minor, by and through guardian ad litem Kelsey White, |
| | Plaintiffs, |
| | v. |
| | LEWIS MCCHORD COMMUNITIES LCC, a Delaware limited liability company, LINCOLN MILITARY HOUSING LEWIS MCCHORD LLC, a Delaware limited liability company, JOHN AND JANE DOES 1-50, |
| | Defendants. |

ORDER OF DISMISSAL - 2

On December 4, 2023, Plaintiffs Melissa and Edward Godoy filed a stipulation of dismissal of all claims with prejudice. Dkt. No. 96. All other Plaintiffs previously filed a stipulation of dismissal. Dkt. No. 90. Accordingly, the Court DENIES as moot Andrew Kim's motion to withdraw as an attorney, Dkt. No. 91, and orders the Clerk to close this case.

Dated this 11th day of December, 2023.

Jamal N. Whitehead
United States District Judge

ORDER OF DISMISSAL - 3